P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (415) 450-0100

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, a married man dealing with his sole and separate claim, | Case No: 3:26-cv-0042-JAH |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| vs. | |
| BSK DEL PARTNERS LLC, | |
| Defendant. | |

Please take notice Plaintiff dismisses the above case with prejudice with each party to bear their own costs and fees. This Notice is made pursuant to Rule 41(a)(1)(A)(i).

RESPECTFULLY SUBMITTED this 19th day of March, 2026.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff